United States District Court
Southern District of Texas
**ENTERED**
February 21, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JAMIE HANAFY, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-01066 |
| § | |
| BODUM USA, INC., § | |
| § | |
| Defendant. § | |

## ORDER

Plaintiff filed an Opposed Motion to Dismiss Pursuant to Rule 41(a)(2) on February 14th, 2020. (Doc. No. 30). On February 20th, 2020, counsel for Bodum USA, Inc. informed the Court that it no longer opposes the motion. (Doc. No. 31). The Motion to Dismiss Pursuant to Rule 41(a)(2) (Doc. No. 30) is **GRANTED**. All claims between the parties are hereby **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 21st day of February, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE